**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

WILSON J. McCRACKIN, JR.                                                    PETITIONER

v.                                      CASE NO. 5:09CV00370 JLH

LARRY NORRIS, Director of the
Arkansas Department of Correction                                          RESPONDENT

## <u>ORDER</u>

    The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

    IT IS SO ORDERED this 2nd day of March, 2010.


_____
UNITED STATES DISTRICT JUDGE